**Order entered February 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01058-CV

### CRYOUSA IMPORT AND SALES, LLC, Appellant

### V.

### REVITALIZE360, LLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04158**

## ORDER

Before the Court is appellant's February 9, 2021 motion for an extension of time to file its combined reply/cross-appellee's brief. The Court has granted appellee a thirty-day extension of time to file its brief on the merits, extending the time to April 5, 2021. Assuming appellee files its brief on April 5th, appellant's combined brief will be due on May 5th. Appellant requests a thirty-day extension of time to June 4th so that it can "prepare a cogent and succinct reply and response

brief to aid this Court in its analysis of the issues presented."  We **DENY** the motion as premature.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE